UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DON ASCARE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV1979 JCH |
| ) | |
| MASTERCARD INTERNATIONAL ) | |
| INCORPORATED, d/b/a MasterCard ) | |
| Worldwide, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Unseal Plaintiff's Petition/Complaint, filed October 27, 2010. (Doc. No. 9). Upon consideration, the Court finds it lacks sufficient factual context to determine whether the communications at issue are subject to attorney/client privilege. Therefore, in an abundance of caution, the Court will deny Plaintiff's motion and leave the Complaint under seal at this time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Unseal Plaintiff's Petition/Complaint (Doc. No. 9) is **DENIED** without prejudice.

Dated this 18th day of November, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE