**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT**

| | | |
|---|---|---|
| **DON ASCARE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 4:10CV1979(JCH) |
| | ) | |
| **MASTERCARD INTERNATIONAL INCORPORATED, d/b/a MasterCard Worldwide,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S REQUEST FOR JURY TRIAL

COMES NOW Plaintiff, Don Ascare, by and though counsel, and hereby request that the above-styled cause of action be set for a jury trial.

                                           **CAPES, SOKOL, GOODMAN &
                                            SARACHAN, P.C.**

                                      By: ***/s/  S. Todd Hamby***
                                        S. Todd Hamby #40367MO
                                        7701 Forsyth Boulevard, 12th Floor
                                        Saint Louis, Missouri  63105
                                        Telephone: (314) 721-7701
                                        Facsimile: (314) 505-5481
                                        hamby@capessokol.com
                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of February, 2011 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon:

William M. Lawson, Esq.
Whitney D. Pile, Esq.
The Lowenbaum Partnership LLC
222 S. Central Ave., Suite 901
St. Louis, Missouri 63105

                                                      */s/  S. Todd Hamby*