# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

DON ASCARE

    Plaintiff,

    v.                 CASE NUMBER:    4:10-cv-1979 JCH

MASTERCARD INTERNATIONAL INCORPORATED

    Defendant.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that on the claim of plaintiff Don Ascare for wrongful discharge against defendant MasterCard International Incorporated, we find in favor of plaintiff Don Ascare. We assess damages of plaintiff Don Ascare at $210,000.00. We find that plaintiff Don Ascare reporting to his superiors what he believed to be a failure properly to classify alleged leased employees by MasterCard was a contributing factor to plaintiff Don Ascare's discharge.

October 2, 2012  
DATE

James G. Woodward  
CLERK

By: _/s/_  
DEPUTY CLERK