AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

## EASTERN DISTRICT OF MISSOURI

Don Ascare

## BILL OF COSTS

V.

MasterCard International Incorporated, d/b/a MasterCard Worldwide

Case Number: 4:10-CV-01979

Judgment having been entered in the above entitled action on __10/2/12__ against __Defendant MasterCard__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | |
| Fees for service of summons and subpoena (if service by U.S. Marshal) | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $10,480.45 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | $220.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $676.59 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$11,377.04** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Counsel for Defendant MasterCard

Signature of Attorney: _[signature]_

Name of Attorney: S. Todd Hamby

For: __Plaintiff Don Ascare__   Date: 10/11/12
    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

_____ By: _____
Clerk of Court        Deputy Clerk        Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE Days | Total Cost | SUBSISTENCE Days | Total Cost | MILEAGE Days | Total Cost | Total Cost Each witness |
| Jeff Villmer (deposition)<br>1406 Remington Oaks Terrace<br>Fenton, Missouri 63026 | 1 | $40 | -- | $0 | 1 | $20 | $60.00 |
| Patricia Smith-Thurman (deposition)<br>16538 Baxter Forest Ridge<br>Chesterfield, Missouri 63005 | 1 | $40 | -- | $0 | 1 | $20 | $60.00 |
| Cheryl Haley (motion hearing & trial)<br>28027 Beverly Drive<br>Wright City, Missouri 63390 | 1 | $40 | -- | $0 | 1 | $60 | $100.00 |
| | | | | | | TOTAL | $220.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred m the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

Rule 54 (d)

"Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

*Ascare v. MasterCard*
U.S. District Court, Eastern District of Missouri
Cause No. 4:10-CV-01979

### Attachment to Plaintiff's Bill of Costs

**Detail - Fees for exemplification and copies of papers necessarily obtained for use in the case**

1. Document Copy Service, Inc. invoice no. 44559 in the amount of $175.48 (for copy of Plaintiff's Exhibit Binder used at trial) (copy attached).

2. Document Copy Service, Inc. invoice no. 44329 in the amount of $496.11 (for copies of Plaintiff's Exhibit Binders used at trial) (copy attached).

3. The UPS Store receipt in the amount of $5.00 for Notary fee (notarization of Plaintiff's Affidavit in Opposition to Defendant's summary judgment motions) (copy attached).

**Detail - Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case**

### *New York Depositions*

| Name | Date Taken | Court Reporter | Cost |
|---|---|---|---|
| Diane Dann | 3/29/2012 | Dalco | $421.85 |
| Abby Fiorella | 3/27/2012 | Dalco | $1,030.15 |
| Marianne Fogerty | 3/28/2012 | Dalco | $976.15 |
| Charles Hall | 3/29/2012 | Dalco | $431.85 |
| Stephanie Voquer | 3/28/2012 | Dalco | $1,001.65 |
| John Pagano | 4/16/2012 | Dalco | $324.40 |
| Courtney Wegman | 4/23/2012 | Dalco | $460.60 |
| Patty Docherty | 4/23/2012 | Dalco | $313.25 |
| Lois Miller | 4/24/2012 | Dalco | $319.20 |
| Marianne Fogerty (video deposition) | 8/16/12 | GorePerry | $492.75 (video) $451.60 (trans.) |

## St. Louis Depositions

| Name | Date Taken | Court Reporter | Cost |
|---|---|---|---|
| Don Ascare | 3/20/2012 | GorePerry | $510.25 (video) $440.20 (trans.) |
| Cheryl Haley | 3/21/2012 | GorePerry | $253.00 |
| Rob Reeg | 4/3/2012 | Kaesberg | $3,068.05 |
| Antonnique Day | 4/4/2012 | Kaesberg | |
| Twyla Cormack | 4/4/2012 | Kaesberg | |
| Mark Dryer | 4/5/2012 | Kaesberg | |
| Linda Clarkson | 4/5/2012 | Kaesberg | |
| Wanda Davega | 4/10/2012 | Kaesberg | |
| Althea Hensley | 4/10/2012 | Kaesberg | |
| Tony Ferri | 4/11/2012 | Kaesberg | |
| Lisa Rief | 4/11/2012 | Kaesberg | |
| Warren Schmidt | 4/12/2012 | Kaesberg | $985.50 |
| Jeff Vilmer | 4/12/2012 | Kaesberg | |
| Pat Smith-Thurman | 4/12/2012 | Kaesberg | |
| | | **Grand Total** | **$10,480.45** |

Copies of all court reporters' invoices are attached hereto.

**Document Copy Service Inc.**
701 Market Suite 125
St. Louis, MO 63101
FED#90-0185347

Voice: 314-421-COPY(2679)
Fax: 314-421-2681

*Pd 10/8/12*
*Check #1689*
*$175.48*

# INVOICE

Invoice Number: 44559
Invoice Date: Sep 21, 2012
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Capes, Sokol, Goodman & Sarachan PC<br>7701 Forsyth Ave<br>Suite 1200<br>Clayton, MO 63105 | Jenna<br>7701 Forsyth Ave<br>Suite 1200<br>Clayton, MO 63105 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Capes, Sokol, | 76667-3 | Net 30 Days |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** / **Due Date** |
| Donna Travis | Hand Deliver | 9/21/12 / 10/21/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---:|---|---|---:|---:|
| 805.00 | Litigation Copies | Litigation B&W Copies | 0.10 | 80.50 |
| 109.00 | Tabs | Tabs | 0.25 | 27.25 |
| 2.00 | Binder 3" | 3" black ring binder | 11.50 | 23.00 |
| 4.00 | Binder 1 1/2 | Binder 1 1/2" Ring | 7.75 | 31.00 |

| | |
|---|---:|
| Subtotal | 161.75 |
| Sales Tax | 13.73 |
| Total Invoice Amount | 175.48 |
| Payment/Credit Applied | |
| **TOTAL** | **175.48** |

Check/Credit Memo No:

**Document Copy Service Inc.**
701 Market Suite 125
St. Louis, MO 63101
FED#90-0185347

Voice: 314-421-COPY(2679)
Fax: 314-421-2681

*Pd 9/12/12*
*Check # 1682*
*$496.11*

# INVOICE

Invoice Number: 44329
Invoice Date: Sep 4, 2012
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Capes, Sokol, Goodman & Sarachan PC<br>7701 Forsyth Ave<br>Suite 1200<br>Clayton, MO 63105 | Todd Hamby/Jana |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Capes, Sokol, | 76667-3-10 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| Donna Travis | Hand Deliver | | 10/4/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 2,319.00 | Litigation Copies | Litigation B&W Copies - heavy | 0.12 | 278.28 |
| 436.00 | Tabs | Tabs | 0.25 | 109.00 |
| 8.00 | Binder 2" | 2" black ring binder | 8.75 | 70.00 |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 457.28 |
| Sales Tax | 38.83 |
| Total Invoice Amount | 496.11 |
| Payment/Credit Applied | |
| **TOTAL** | **496.11** |

```
                The UPS Store - #1650
                  3395 S Jones Blvd
                  Las Vegas, NV 89146
                    (702) 221-9175

                  07/02/12  10:29 AM

           We are the one stop for all your
           shipping, postal and business needs.

           Please visit our web site for tracking
                 and more at www.store1650.com


       |||||||||||||||||||||||||||||||||||||||||||||

       001 000004 (018)              TC $   10.50
           Fax Service
       002 000003 (011)              TC $    5.00
           Notary

                             SubTotal $   15.50
                                Total $   15.50

                                 Cash $   20.50
                               Change $    5.00-


       Receipt ID 83317823603921H880..  002 items
       CS'     onna           Tran: 1326 Reg: 001

             Thank you for visiting our store.
              Please come back again soon.

          Whatever your business and personal
             needs, we are here to serve you.

                  ENTER FOR A CHANCE TO
                       WIN $1000

                   We value your feedback
            To enter please complete the customer
               satisfaction survey located at:

                 www.theupsstore.com/survey

            For official rules and Terms and
          Conditions go to www.theupsstore.com
          and click on the Customer Experience
                       Survey link
```

Oct 09 12 09:02a    Diane Ascare           6365280803           p.4



**GOREPERRY**
REPORTING & VIDEO
(314) 241-6750  800-872-6750
Fax (314) 241-5070

*Rc 9/12/12*
*check # 1681*
*$492.75*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52213 | 8/30/2012 | 42691 |
| Job Date | Case No. | |
| 8/16/2012 | 4:10-cv-01979 | |
| Case Name | | |
| Don Ascare vs. MasterCard International, Incorporated | | |
| Payment Terms | | |
| Due upon receipt | | |

Hamby, S. Todd
Capes Sokol Goodman & Sarachan, P.C.
7701 Forsyth, 12th Floor
Saint Louis MO 63105

Videotaped Deposition of
   Marianne Fogarty

|   |   |   |   |   |
|---|---|---|---|---|
| Video: MPEG-1 on CD/DVD | 5.00 | Hours | @ 65.00 | 325.00 |
| Text to Video synchronization | 4.25 | Hours | @ 35.00 | 148.75 |
| Courier | 1.00 | Package | @ 10.00 | 10.00 |
| Video archival | 1.00 | Package | @ 9.00 | 9.00 |

**TOTAL DUE >>>**  $492.75

PAYMENT IS DUE UPON RECEIPT. PLEASE NOTIFY US WITHIN 10 DAYS OF RECEIPT OF INVOICE OF ANY DISCREPANCIES 1-800-820-1927 OR 1-800-451-6152.

**Tax ID:** 43-1371211                         Phone: 314-721-7701   Fax:



*pd 9/4/12*
*check # 1678*
*$451.60*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51978 | 8/22/2012 | 42686 |
| Job Date | Case No. | |
| 8/16/2012 | 4:10-cv-01979 | |
| Case Name | | |
| Don Ascare vs. MasterCard International, Incorporated | | |
| Payment Terms | | |
| Due upon receipt | | |

**GorePerry**
Reporting & Video
(314) 241-6750   800-878-6750
Fax (314) 241-5070

Hamby, S. Todd
Capes Sokol Goodman & Sarachan, P.C.
7701 Forsyth, 12th Floor
Saint Louis MO 63105

| Deposition of | | | | | |
|---|---|---|---|---|---|
| Marianne Fogarty | 206.00 | Pages | @ | 2.10 | 432.60 |
| Courier | 1.00 | Package | @ | 10.00 | 10.00 |
| Condensed Transcript (4 per page) w/word index | 1.00 | File(s) | @ | 0.00 | 0.00 |
| E-Transcript - e-mailed | 1.00 | File(s) | @ | 0.00 | 0.00 |
| Transcript/exhibit archive | 1.00 | File(s) | @ | 0.00 | 9.00 |
| | | TOTAL DUE >>> | | | $451.60 |

PAYMENT IS DUE UPON RECEIPT. PLEASE NOTIFY US WITHIN 10 DAYS OF RECEIPT OF INVOICE OF ANY DISCREPANCIES 1-800-820-1927 OR 1-800-451-6152.

**Tax ID:** 43-1371211                                                                 Phone: 314-721-7701   Fax:

Pd 6/20/12
$324.40
check # 1671



**DALCO Reporting, Inc.**
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009  fax 914.684.6561

# STATEMENT

| Account No. | Date |
|---|---|
| C12684 | 5/29/2012 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $324.40 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | $324.40 |

S. Todd Hamby
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forsyth Boulevard, Twelfth Floor
Saint Louis, MO  63105-1818

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 4/26/2012 | 34488 | 324.40 | 4/16/2012 | John R. Pagano | Ascare vs. MasterCard International |

Tax ID: 13-3666189

*Please detach bottom portion and return with payment.*

*RL 5/25/12*
*check # 1667*
*$1,093.05*



**DALCO Reporting, Inc.**
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009  fax 914.684.6561

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34541 | 5/1/2012 | 9786 |
| Job Date | Case No. | |
| 4/24/2012 | 4:10CV1979(JCH) | |
| Case Name | | |
| Ascare vs. MasterCard International | | |
| Payment Terms | | |
| Net 30: 1.5% not to exceed legal limit | | |

S. Todd Hamby
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forsyth Boulevard, Twelfth Floor
Saint Louis, MO 63105-1818

```
ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF:
  Lois Miller                                                          284.20
    Appearance                                           35.00          35.00
    Complimentary Condensed Transcript                    0.00           0.00
    Telephonic Deposition              58.00 Pages
    E-Transcript Complimentary Final                      0.00           0.00
                                        TOTAL DUE >>>                $319.20
```

**Tax ID:** 13-3668189

*Please detach bottom portion and return with payment.*

# INVOICE

## DALCO Reporting, Inc.
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009 fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34509 | 4/30/2012 | 9748 |
| Job Date | Case No. | |
| 4/23/2012 | 4:10CV1979(JCH) | |
| Case Name | | |
| Ascare vs. MasterCard International | | |
| Payment Terms | | |
| Net 30: 1.5% not to exceed legal limit | | |

S. Todd Hamby
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forsyth Boulevard, Twelfth Floor
Saint Louis, MO 63105-1818

| Description | | | |
|---|---|---|---|
| ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF: | | | |
| Patricia Docherty | | | 263.25 |
| Appearance | | 35.00 | 35.00 |
| Complimentary Condensed Transcript | | 0.00 | 0.00 |
| Package/Handling | | 15.00 | 15.00 |
| Telephonic Deposition | 39.00 Pages | | |
| E-Transcript Complimentary Final | | 0.00 | 0.00 |
| ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF: | | | |
| Courtney Wegman | | | 460.60 |
| Complimentary Condensed Transcript | | 0.00 | 0.00 |
| Telephonic Deposition | 94.00 Pages | | |
| E-Transcript Complimentary Final | | 0.00 | 0.00 |
| | TOTAL DUE >>> | | $773.85 |
| 4 DAY EXPEDITE - WITNESS PATRICIA DOCHERTY | | | |

Tax ID: 13-3668189

*Please detach bottom portion and return with payment.*

*Pd 5/25/12*
*Check # 1468*
*$4,053.55*

# Kaesberg Reporting
11093 North Prairie Road
Red Bud, IL 62278

| DATE | INV. NO. |
|---|---|
| 5/10/2012 | 12-55 |

**BILL TO:**
Capes, Sokol, Goodman, et al.
Mr. Todd Hamby
7701 Forsyth, 12th Floor
St. Louis, MO 63105

| DESCRIPTION | AMOUNT |
|---|---|
| Don Ascare vs. MasterCard International Inc. USDC - East. Dist. of MO - 4:10-CV-01979 Depositions of: R. Reeg, A. Day, T. Cormak, M. Dryer, L. Clarkson, W. Davega, A. Hensley, T. Ferri, L. Rief Taken on: 4/3/12, 4/4/12, 4/5/12, 4/10/12, 4/11/12 | |
| Attendance of Reporter | 570.00 |
| 617 pgs. Original - lay witnesses | 2,252.05 |
| E-transcript e-mailed x 9 | 225.00 |
| Delivery/P&H | 21.00 |
| Pay online at: https://ipn.intuit.com/5h7mbw5r | |
| Reporter: DEBRA S. KAESBERG, RPR, CSR, CCR TAX ID NO. 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 PAYMENT DUE UPON RECEIPT Please use Invoice No. when remitting. | $3,068.05 |
| **Balance Due** | **$3,068.05** |

| Phone # | Fax # | E-mail |
|---|---|---|
| 314-614-0864 | 775-361-9295 | debkrptr@htc.net |

# Kaesberg Reporting
**11093 North Prairie Road**
**Red Bud, IL  62278**

| DATE | INV. NO. |
|---|---|
| 5/10/2012 | 12-57 |

| BILL TO: |
|---|
| Capes, Sokol, Goodman, et al.<br>Mr. Todd Hamby<br>7701 Forsyth, 12th Floor<br>St. Louis, MO  63105 |

| DESCRIPTION | AMOUNT |
|---|---|
| Don Ascare vs. MasterCard International Inc.<br>USDC - East. Dist. of MO - 4:10-CV-01979<br>Depositions of:  W. Schmidt, J. Villmer, P. Smith<br>Taken on: 4/12/12<br>Reported by:  Tina LePage | |
| Attendance of Reporter | 210.00 |
| 190 pgs. Original - lay witnesses | 693.50 |
| E-transcript e-mailed x 3 | 75.00 |
| Delivery/P&H | 7.00 |

Pay online at: https://ipn.intuit.com/78ntm8bm

Reporter:  DEBRA S. KAESBERG, RPR, CSR, CCR
TAX ID NO. 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
PAYMENT DUE UPON RECEIPT
Please use Invoice No. when remitting.

$985.50

**Balance Due**  $985.50

| Phone # | Fax # | E-mail |
|---|---|---|
| 314-614-0864 | 775-361-9295 | debkrptr@htc.net |

# INVOICE



**DALCO Reporting, Inc.**
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009 fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34265 | 4/5/2012 | 9570 |
| Job Date | Case No. | |
| 3/27/2012 | 4:10CV1979(JCH) | |
| Case Name | | |
| Ascare vs. MasterCard International | | |
| Payment Terms | | |
| Net 30: 1.5% not to exceed legal limit | | |

S. Todd Hamby
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forsyth Boulevard, Twelfth Floor
Saint Louis, MO 63105-1818

ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Abby Florella | | | 970.15 |
| Appearance | | 35.00 | 35.00 |
| Complimentary Condensed Transcript | | 0.00 | 0.00 |
| Package/Handling | | 25.00 | 25.00 |
| Exhibit Copies (B&W) | 310.00 Pages | | |
| | **TOTAL DUE >>>** | | **$1,030.15** |

*Pd 4/19/12*
*check # 1657*
*$3,341.45*

Tax ID: 13-3668189

*Please detach bottom portion and return with payment.*

# INVOICE



**DALCO Reporting, Inc.**
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009 fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34269 | 4/9/2012 | 9571 |
| **Job Date** | **Case No.** | |
| 3/28/2012 | 4:10CV1979(JCH) | |
| **Case Name** | | |
| Ascare vs. MasterCard International | | |
| **Payment Terms** | | |
| Net 30: 1.5% not to exceed legal limit | | |

S. Todd Hamby
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forsyth Boulevard, Twelfth Floor
Saint Louis, MO 63105-1818

| | | | |
|---|---|---|---|
| ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF: | | | |
| Stephanie Voquer | | | 986.65 |
| Complimentary Condensed Transcript | | 0.00 | 0.00 |
| Exhibit Copies (B&W) | 310.00 Pages | | |
| Package/Handling | | 15.00 | 15.00 |
| ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF: | | | |
| Marianne Fogerty | | | 941.15 |
| Appearance | | 35.00 | 35.00 |
| Complimentary Condensed Transcript | | 0.00 | 0.00 |
| Exhibit Copies (B&W) | 310.00 Pages | | |
| | **TOTAL DUE >>>** | | **$1,977.80** |

Tax ID: 13-3668189

*Please detach bottom portion and return with payment.*

# INVOICE



**DALCO Reporting, Inc.**
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009 fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34267 | 4/5/2012 | 9572 |
| Job Date | Case No. | |
| 3/29/2012 | 4:10CV1979(JCH) | |
| Case Name | | |
| Ascare vs. MasterCard International | | |
| Payment Terms | | |
| Net 30: 1.5% not to exceed legal limit | | |

S. Todd Hamby
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forsyth Boulevard, Twelfth Floor
Saint Louis, MO 63105-1818

| | | | |
|---|---|---|---|
| ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF: | | | |
| Diane Dann | | | 396.85 |
| Complimentary Condensed Transcript | | 0.00 | 0.00 |
| Package/Handling | | 25.00 | 25.00 |
| Exhibit Copies (B&W) | 310.00 Pages | | |
| ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF: | | | |
| Charles Hall | | | 396.85 |
| Appearance | | 35.00 | 35.00 |
| Complimentary Condensed Transcript | | 0.00 | 0.00 |
| Exhibit Copies (B&W) | 310.00 Pages | | |
| | TOTAL DUE >>> | | $853.70 |

Tax ID: 13-3668189

*Please detach bottom portion and return with payment.*

# INVOICE



**GorePerry**
Reporting & Video
(314) 241-6750  800-878-6750
Fax (314) 241-5070

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47525 | 3/28/2012 | 39917 |
| **Job Date** | **Case No.** | |
| 3/21/2012 | 4:10-cv-01979 | |

**Case Name**

Don Ascare vs. MasterCard International, Incorporated

**Payment Terms**

Due upon receipt

Hamby, S. Todd
Capes Sokol Goodman & Sarachan, P.C.
7701 Forsyth, 12th Floor
Saint Louis MO  63105

| Deposition of | | | | | |
|---|---|---|---|---|---|
| Cheryl Haley | 120.00 | Pages | @ | 1.95 | 234.00 |
| Condensed Transcript (4 per page) w/word index | 1.00 | File(s) | @ | 0.00 | 0.00 |
| E-Transcript - e-mailed | 1.00 | File(s) | @ | 0.00 | 0.00 |
| Courier | 1.00 | Package | @ | 10.00 | 10.00 |
| Transcript/exhibit archive | 1.00 | File(s) | @ | 0.00 | 9.00 |
| | | **TOTAL DUE >>>** | | | **$253.00** |

UNLESS SPECIFIED, TERMS NET 30 DAYS.  PLEASE NOTIFY US WITHIN 10 DAYS OF RECEIPT OF INVOICE OF ANY DISCREPANCIES
1-800-820-1927 OR 1-800-451-6152.

Pd 4/15/12
Check # 1656
81203-45

**Tax ID:** 43-1371211

Phone: 314-721-7701   Fax:

*Please detach bottom portion and return with payment.*

# INVOICE



**GorePerry**
Reporting & Video
(314) 241-6750  800-878-6750
Fax (314) 241-5070

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47683 | 4/3/2012 | 39412 |
| Job Date | Case No. | |
| 3/20/2012 | 4:10-cv-01979 | |

| Case Name |
|---|
| Don Ascare vs. MasterCard International, Incorporated |

Hamby, S. Todd
Capes Sokol Goodman & Sarachan, P.C.
7701 Forsyth, 12th Floor
Saint Louis MO  63105

| Payment Terms |
|---|
| Due upon receipt |

Deposition of
  Don Ascare                                                    216.00 Pages      @     1.95     421.20
    Condensed Transcript (4 per page) w/word index               1.00 File(s)     @     0.00       0.00
    Courier                                                      1.00 Package    @    10.00      10.00
    Transcript/exhibit archive                                   1.00 File(s)     @     0.00       9.00

                                                              **TOTAL DUE >>>**              **$440.20**

UNLESS SPECIFIED, TERMS NET 30 DAYS.  PLEASE NOTIFY US WITHIN 10 DAYS OF RECEIPT OF INVOICE OF ANY DISCREPANCIES
1-800-820-1927 OR 1-800-451-6152.

Tax ID: 43-1371211                                                                    Phone:          7701   Fax:

*Please detach bottom portion and return with payment.*

# INVOICE



**GorePerry**
Reporting & Video
(314) 241-6750  800-878-6750
Fax (314) 241-5070

Hamby, S. Todd
Capes Sokol Goodman & Sarachan, P.C.
7701 Forsyth, 12th Floor
Saint Louis MO  63105

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47750 | 4/4/2012 | 39738 |
| Job Date | Case No. | |
| 3/20/2012 | 4:10-cv-01979 | |
| Case Name | | |
| Don Ascare vs. MasterCard International, Incorporated | | |
| Payment Terms | | |
| Due upon receipt | | |

Videotaped Deposition of
  Don Ascare
    Video: MPEG-1 on CD/DVD         5.00 Hours     @   65.00    325.00
    Text to Video synchronization    4.75 Hours     @   35.00    166.25
    Courier                          1.00 Package   @   10.00     10.00
    Video archival                   1.00 Package   @    9.00      9.00

                                     TOTAL DUE >>>                $510.25

UNLESS SPECIFIED, TERMS NET 30 DAYS. PLEASE NOTIFY US WITHIN 10 DAYS OF RECEIPT OF INVOICE OF ANY DISCREPANCIES
1-800-820-1927 OR 1-800-451-6152.

**Tax ID:** 43-1371211                                        Phone: 314-721-7701   Fax:

*Please detach bottom portion and return with payment.*

